# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil No. 3:18-CV-8-FDW-DSC

| | |
|---|---|
| MATHLON K. PULLIAM, | |
| Plaintiff | ORDER |
| v. | |
| LOWE'S COMPANIES, INC., | |
| Defendant | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Modify Case Management Order. The Motion is <u>granted in part</u> and <u>denied in part</u>.

The discovery and ADR deadlines are extended to September 28, 2018. The dispositive motions deadline is extended to October 5, 2018.

All other provisions of the Case Management Order remain in full force and effect.

**SO ORDERED**.

Signed: August 7, 2018

David S. Cayer
United States Magistrate Judge